IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MICHELLE CORMIER**                                                                 **PLAINTIFF**

**V.**                          **CASE NO. 5:20-CV-5161**

**ANDREW M. SAUL, Commissioner**
**Security Administration**                                                   **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 17) filed in this case on May 19, 2021, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 17) is **ADOPTED IN ITS ENTIRETY**. The decision of the ALJ is **REVERSED**, and the matter is **REMANDED** for further consideration pursuant to Sentence Four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** on this 4th day of June, 2021.

                                                              /s/ Timothy L. Brooks
                                                              TIMOTHY L. BROOKS
                                                              UNITED STATES DISTRICT JUDGE