IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MICHELLE CORMIER**                                                                                    **PLAINTIFF**

**V.**                             **CASE NO. 5:20-CV-5161**

**ANDREW M. SAUL, Commissioner**
**Security Administration**                                                                              **DEFENDANT**

## JUDGMENT

For the reasons set forth in the Court's Order issued this date, **IT IS HEREBY ORDERED AND ADJUDGED** that the decision of the ALJ is **REVERSED** and the matter is **REMANDED** for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED AND ADJUDGED** on this 4th day of June, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE